■ MARY WEPPNER et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, v BLUE CROSS OF WESTERN NEW YORK, INC., Respondent.—Order unanimously affirmed without costs for the reasons stated at Supreme Court, Erie County, Rath, J. Memorandum: We add only that plaintiffs have no right to reimbursement under the policy for that portion of nursing home expense not paid by Medicare and that defendant has no obligation to compensate plaintiffs for

that care. (Appeal from order of Supreme Court, Erie County, Rath, J.—summary judgment.) Present—Doerr, J. P., Denman, Balio, Lawton and Lowery, JJ.